UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IRENE CALDERONE, Individually
and as Executrix of the Estate of
Joseph Calderone,
        Plaintiff,

v.                                            C.A. 02-346ML

KENT COUNTY MEMORIAL
HOSPITAL, and JOHN ISAAC, M.D.,
        Defendants.

## JUDGMENT

[X] *Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.*

[X] *Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.*

*IT IS ORDERED AND ADJUDGED:*

Judgment shall enter for defendants KENT COUNTY MEMORIAL HOSPITAL and JOHN ISAAC, M.D. against plaintiff IRENE CALDERONE, as Executrix of the Estate of Joseph Calderone, pursuant to the jury verdict published on March 16, 2005.

Judgment shall enter for defendants KENT COUNTY MEMORIAL HOSPITAL and JOHN ISAAC, M.D. against plaintiff IRENE CALDERONE, Individually, pursuant to the Court's oral order published on March 15, 2005, granting the defendants' motion for judgment as a matter of law with respect to Irene Calderone's personal claim for loss of consortium.

Enter:

*/s/ Duhamel*
Deputy Clerk

DATED: March 16, 2005